# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| **LEON WEINGRAD** <br><br> *Plaintiff* <br><br> v. <br><br> **IBAN GLOBAL LLC, LIVEFREE EMERGENCY RESPONSE, INC. doing business as LIFEBEACON** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 2:24-cv-04212-KNS |

## AFFIDAVIT OF SERVICE

I, Tamy Holjeson, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to IBAN Global, LLC in Bannock County, ID on August 19, 2024 at 11:19 am at 3411 Hawthorne Road, Pocatello, ID 83201 by leaving the following documents with Joseph Lopez who as Authorized to accept is authorized by appointment or by law to receive service of process for IBAN Global, LLC.

SUMMONS IN A CIVIL ACTION, Civil Cover Sheet, and PLAINTIFF'S CLASS ACTION COMPLAINT

White Male, est. age 35-44, glasses: Y, Red hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=42.8685185645,-112.4423052166
Photograph: See Exhibit 1

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>Bingham County</u>, <u>ID</u> on <u>8/19/2024</u>. | /s/ *Tamy Holjeson* <br> Signature <br> Tamy Holjeson <br> +1 (208) 251-9411 |



Exhibit 1a)