IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                                                      Civil Action: 24-4212

LEON WEINGRAD

        v.

IBAN GLOBAL LLC et al

Entry of Default

Default is entered pursuant to Federal Rule of Civil Procedure 55(a) against Defendants IBAN GLOBAL LLC and LIVEFREE EMERGENCY RESPONSE, INC. for failure to plead or otherwise defend.

                                              George Wylesol
                                              Clerk of Court

                                    By: *s/Vincent J. Alia*
                                          Vincent J. Alia, Deputy Clerk