## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

LEON WEINGRAD, individually and on
behalf of all others similarly situated,

$\qquad$ Plaintiff,

    v.

IBAN GLOBAL LLC

and

LIVEFREE EMERGENCY RESPONSE,
INC. D/B/A LIFEBEACON

$\qquad$ Defendants.

Case No. 24-4212

### STIPULATED MOTION TO SET ASIDE ENTRY OF DEFAULT
### OF DEFENDANT LIVEFREE EMERGENCY RESPONSE, INC. D/B/A LIFEBEACON

Pursuant to Fed. R. Civ. P. 55(c) and 60(b), Defendant LiveFree Emergency Response, Inc. dba LifeBeacon ("**Defendant LiveFree**") and Plaintiff Leon Weingrad ("**Plaintiff**"), by and through their undersigned counsel, hereby stipulate and jointly move the court to set aside the Entry of Default entered against Defendant LiveFree on September 11, 2024. The basis for this motion is an issue regarding service of the Complaint. In addition, Defendant LiveFree has agreed to waive service and agreed to provide a response to the Complaint in this matter within seven (7) days of entry of an order granting this motion. A proposed order has been submitted herewith.

Respectfully submitted,

**STEVE HARVEY LAW LLC**

/s/ *Stephen G. Harvey*
Stephen G. Harvey (PA 58233)
Michael E. Gehring (PA 57224)
E. Kelly Conway (PA 324626)
1880 John F. Kennedy Blvd.
Suite 1715
Philadelphia, PA 19103
(215) 438-6600
steve@steveharveylaw.com
mike@steveharveylaw.com
kelly@steveharveylaw.com

**KUNZLER BEAN & ADAMSON**
R. Jeremy Adamson (*pro hac vice* forthcoming)
51 W. Broadway, Suite 1000
Salt Lake City, Utah 84101
(801) 939-3684
jadamson@kba.law

*Counsel for Defendant LiveFree Emergency Response, Inc. dba LifeBeacon*

**PERRONG LAW LLC**
**PARONICH LAW, P.C.**

/s/ *Andrew roman Perrong*
Andrew Roman Perrong
Anthony Paronich
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Counsel for Plaintiff Leon Weingrad*

STIPULATED AND DATED: September 16, 2024

## CERTIFICATE OF SERVICE

I also hereby certify that September 16, 2024, I filed a true and correct copy of the **STIPULATED MOTION TO SET ASIDE ENTRY OF DEFAULT OF DEFENDANT LIVEFREE EMERGENCY RESPONSE, INC. D/B/A LIFEBEACON** via the Court's electronic case filing system, which effectuated service on all counsel of record.

*/s/ Stephen G. Harvey*