IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IBAN GLOBAL LLC<br><br>and<br><br>LIVEFREE EMERGENCY RESPONSE, INC. D/B/A LIFEBEACON<br><br>Defendants. | Case No. 24-4212<br><br>Oral Argument Requested |

**DEFENDANT LIVEFREE EMERGENCY RESPONSE, INC.'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT
UNDER RULE 12(b)(2) FOR LACK OF PERSONAL JURISDICTION**

Defendant LiveFree Emergency Response, Inc. d/b/a LifeBeacon ("Defendant" or "LiveFree"), through undersigned counsel, and for the reasons set forth in the accompanying Memorandum of Law, hereby moves to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2) for Lack of Personal Jurisdiction.

Respectfully submitted,

**STEVE HARVEY LAW LLC**

/s/ *Stephen G. Harvey*
Stephen G. Harvey (PA 58233)
Michael E. Gehring (PA 57224)
E. Kelly Conway (PA 324626)
1880 John F. Kennedy Blvd.
Suite 1715
Philadelphia, PA 19103
(215) 438-6600
steve@steveharveylaw.com
mike@steveharveylaw.com

kelly@steveharveylaw.com

**KUNZLER BEAN & ADAMSON**
R. Jeremy Adamson (*pro hac vice* pending)
51 W. Broadway, Suite 1000
Salt Lake City, Utah 84101
(801) 939-3684
jadamson@kba.law

*Counsel for Defendant LiveFree Emergency Response, Inc. dba LifeBeacon*

2