**CERTIFICATE OF SERVICE**

     I hereby certify that on this date, September 23, 2024, I caused a true and correct copy of the foregoing document to be electronically filed using the Court's Electronic Case Filing System, where they are available for viewing and downloading by all counsel of record.

     /s/ Stephen G. Harvey
     Stephen G. Harvey