# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>  v.<br><br>IBAN GLOBAL LLC<br><br>and<br><br>LIVEFREE EMERGENCY RESPONSE, INC. D/B/A LIFEBEACON<br><br>                    Defendants. | Case No. 24-4212 |

## ORDER GRANTING THE PARTIES' STIPULATED MOTION TO SET ASIDE ENTRY OF DEFAULT OF DEFENDANT LIVEFREE EMERGENCY RESPONSE, INC. D/B/A LIFEBEACON

The Court, having reviewed the Parties' *Stipulated Motion to Set Aside Entry of Default of Defendant LiveFree Emergency Response, Inc. dba LifeBeacon* (the "**Stipulated Motion**"), any submissions of the parties related thereto, and being fully informed, the Court GRANTS the Stipulated Motion. The Default Certificate entered against Defendant LiveFree Emergency Response, Inc. dba LifeBeacon ("**Defendant LiveFree**") on September 11, 2024, is set aside. Defendant LiveFree shall file its response to the Complaint within seven (7) days of this Order.

    **IT IS SO ORDERED.**

 

_____
Hon. Kai N. Scott