IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IBAN GLOBAL LLC<br><br>and<br><br>LIVEFREE EMERGENCY RESPONSE, INC. D/B/A LIFEBEACON<br><br>Defendants. | Case No. 24-4212 |

## MOTION FOR THE ADMISISON OF
## ATTORNEY R. JEREMY ADAMSON TO PRACTICE *PRO HAC VICE*

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania (admission date November 22, 1995) hereby moves for the admission of R. Jeremy Adamson to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) and certifies his belief after reasonable inquiry that Mr. Adamson is a member in good standing of the state and federal courts listed on his accompanying application (*see* Exhibit A) and that his personal and private character is good. Mr. Adamson has a longstanding relationship as counsel for Defendant LiveFree Emergency Response, Inc. d/b/a LifeBeacon and it will be beneficial for the Defendant for Mr. Adamson to serve as counsel for Defendant before this Court.

Respectfully submitted,

Dated: September 23, 2024   By: *Stephen G. Harvey*
Stephen G. Harvey
Steve Harvey Law LLC (PA Bar No. 58233)
1880 JFK Blvd., Suite 1715
Philadelphia, PA 19103
Tel: (215) 438-6600
steve@steveharveylaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, September 23, 2024, I caused true and correct copies of the foregoing **Motion for the Admission of Attorney R. Jeremy Adamson to Practice *Pro Hac Vice*** be electronically filed using the Court's Electronic Case Filing System, where they are available for viewing and downloading by all counsel of record.

                                           */s/ Stephen G. Harvey*
                                           Stephen G. Harvey