# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEON WEINGRAD, individually and on behalf of all others similarly situated, : **Civil Action**
:
v. :
:
IBAN GLOBAL LLC :
and : **No.:** 24-2412
:
LIVEFREE EMERGENCY RESPONSE, INC. D/B/A
LIFEBEACON

**ORDER**

AND NOW, this          day of                    20 24 , it is hereby

ORDERED that the application of __R. Jeremy Adamson_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
                                        , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 24-4212

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. **APPLICANT'S STATEMENT**

I, R. Jeremy Adamson, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Utah | 05/18/2011 | 12818 |
| California | 12/14/2007 | 251380 |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| USDC of UT | 5/18/2011 | 12818 |
| USDC of CA-Eastern District | 1/2/2008 | 251380 |
| USDC of CA-Central District | 1/2/2008 | 251380 |
| USDC of CA-Northern District | 1/8/2008 | 251380 |
| USDC of CA-Southern District | 1/8/2008 | 251380 |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for LIVEFREE EMERGENCY RESPONSE, INC. D/B/A LIFEBEACON

(Applicant's Signature)

09/13/24
(Date)

Name of Applicant's Firm: Kunzler Bean & Adamson, PC
Address: 50 W Broadway, Suite 1000, Salt Lake City, UT 84101
Telephone Number: 801-994-4646
Email Address: jadamson@kba.law

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/13/2024
(Date)

(Applicant's Signature)

04/20

II. **SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE**

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___R. Jeremy Adamson_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Stephen G. Harvey | *[signature]* Stephen G. Harvey | 11/22/95 | Pa. # 58233 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

~~1880 JFK~~ Steve Harvey Law LLC
1880 JFK Blvd. Ry 5J4C 1715
Philadelphia PA
19127

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9/23/24__        *[signature]* Stephen G. Harvey
        (Date)                                    (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Leon Weingrad,

v.

IBAN GLOBAL, LLC
and
Livefree Emergency
Response, Inc., DBA
LIFEBEACON

Civil Action

No.: 24-2412

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  R. Jeremy Adamson  , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

_____
(Signature of Attorney)

Stephen G. Harvey
(Name of Attorney)

Defendant Livefree Emerg.
Response, Inc.
(Name of Moving Party)

9/23/24
(Date)