IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD et al | : |
| | : |
| *Plaintiff(s)* | : |
| | : |
| v. | : CIVIL NO. 24-4212 |
| | : |
| IBAN GLOBAL LLC et al | : |
| | : |
| *Defendant(s)* | : |

**O R D E R**

**AND NOW,** this 2**4th** day of **SEPTEMBER 2024,** upon consideration of the Motion for the Admission *pro hac vice* of **R. JEREMY ADAMSON**, Esquire to appear on behalf of **defendant** in the above action (Doc. No. 9), it is **ORDERED** that the Motion (Doc. No.9) is **GRANTED.** **R. JEREMY ADAMSON** is admitted to practice before this Court *pro hac vice* as counsel on behalf of **LIVEFREE EMERGENCY RESPONSE, INC.** in this matter only.

BY THE COURT:

/S/Kai N. Scott
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**