IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WEINGRAD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **IBAN GLOBAL LLC et al** | : | **NO.: 24-cv-4212** |

## O R D E R

**AND NOW**, this **1ˢᵗ** day of **OCTOBER 2024**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Kai N. Scott to the calendar of the Honorable Mary Kay Costello.

FOR THE COURT:

MITCHELL S. GOLDBERG
Chief Judge

ATTEST:

 /s/George Wylesol
GEORGE WYLESOL
Clerk of Court