# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| **LEON WEINGRAD** )<br>)<br>*Plaintiff* )<br>)<br>  )<br>v. )<br>  )<br>  )<br>**IBAN GLOBAL LLC, LIVEFREE EMERGENCY** )<br>**RESPONSE, INC. doing business as LIFEBEACON** )<br>  )<br>*Defendant* | Civil Action No. 24-4212 |

## AFFIDAVIT OF SERVICE

I, Carla Spears-Eckerson , state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to IBAN GLOBAL LLC in Hillsborough County, FL on October 14, 2024 at 2:09 pm at 19219 Brown Road, Lutz, FL 33559 by leaving the following documents with Kevin Quinton who as CEO is authorized by appointment or by law to receive service of process for IBAN GLOBAL LLC.

SUMMONS, CIVIL COVER SHEET, AND PLAINTIFF'S CLASS ACTION COMPLAINT

White Male, est. age 45-54, glasses: N, No Hair hair, 140 lbs to 160 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=28.1567761,-82.4240817
Photograph: See Exhibit 1

Total Cost: $127.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

__Pasco County__ ,

__FL__ on __10/23/2024__ .

/s/ *Carla Spears-Eckerson*
_____
Signature
Carla Spears-Eckerson
+1 (813) 495-3190

