IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>IBAN GLOBAL LLC<br><br>and<br><br>LIVEFREE EMERGENCY RESPONSE, INC. D/B/A LIFEBEACON<br><br>Defendants. | Case No. 24-4212 |

**ORDER**

**AND NOW,** this _____ day of _____, 2025, upon consideration of Defendant LiveFree Emergency Response, Inc. d/b/a LifeBeacon's Renewed Motion to Dismiss Plaintiff's Complaint under Rule 12(b)(2), and the Supporting Memorandum of Law, and any response thereto, it is hereby ORDERED that Defendant's Renewed Motion is GRANTED.

BY THE COURT:

_____
Hon. Mary kay Costello