IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>IBAN GLOBAL LLC<br><br>and<br><br>LIVEFREE EMERGENCY RESPONSE, INC. D/B/A LIFEBEACON<br><br>　　　　　　　　Defendants. | Case No. 24-4212<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER GRANRING]**
**PLAINTIFF'S MOTION TO COMPEL AND**
**TO DEEMING ADMISSIONS ADMITTED**

AND NOW, this _____ day of _____, 202___, upon consideration of the Plaintiff's Motion to Compel Motion to Deem Admissions Admitted, this Court does hereby ORDER, DECREE, and ADJUDGE:

- Defendant shall file verified responses, without objections, to the Plaintiff's first set of Jurisdictional Interrogatories within seven days of this order.

- Defendant shall produce all documents, without objections, to the Plaintiff's first set of Jurisdictional Requests for Production within seven days of this order.

- Plaintiff's first set of Jurisdictional Requests for Admission are deemed Admitted.

1

- Plaintiff shall be permitted until _____ to respond to the Defendant's motion upon production of the ordered discovery.

_____

J.