## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD,** individually and on behalf of all others similarly situated,<br><br>      **Plaintiff,**<br> v.<br><br>**IBAN GLOBAL LLC**<br><br>and<br><br>**LIVEFREE EMERGENCY RESPONSE, INC. D/B/A LIFEBEACON**<br><br>      **Defendants.** | **Case No. 24-4212** |

## ORDER

**AND NOW,** this _____ day of _____, 2025, upon consideration of Plaintiff's Motion to Compel Responses to Jurisdictional Discovery and Motion and Brief in support of Motion to Deem Admissions Admitted and Defendant LiveFree Emergency Response, Inc. d/b/a LifeBeacon's Response in Opposition thereto, it is hereby ORDERED that Plaintiff's Motion is DENIED.

                     **BY THE COURT:**

                     _____
                     **HON. MARY KAY COSTELLO**