## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, June 19, 2025, I caused true and correct copies of the foregoing document to be electronically filed using the Court's Electronic Case Filing System, where they are available for viewing and downloading by all counsel of record.

<u>/s/ Stephen G. Harvey</u>
Stephen G. Harvey