IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br>    *Plaintiff,*<br><br>v.<br><br>IBAN GLOBAL LLC, and LIVEFREE EMERGENCY RESPONSE, INC. D/B/A LIFEBEACON<br>    *Defendants.* | Civil No. 24-4212 |

## ORDER

**AND NOW**, this 23rd day of June, 2025, upon consideration of Plaintiff's Motion to Compel Jurisdictional Discovery (ECF No. 18) and the response and reply thereto, it is hereby **ORDERED** as follows:

Plaintiff's motion to compel Defendant LiveFree's verified responses to Plaintiff's interrogatories and documents requests is **GRANTED.** Defendant LiveFree shall provide verified responses to Plaintiff's interrogatories and document requests by June 30, 2025; and

Plaintiff's motion to compel LiveFree to respond to requests for admissions is **DENIED.**[1]

BY THE COURT:

_____
MARY KAY COSTELLO, J.

---

[1] On May 12, 2025, the Court granted Plaintiff leave to engage in limited jurisdictional discovery. The Court required such discovery to be completed by June 9, 2025. Accordingly, Defendant's responses are overdue. However, the Court did not grant Plaintiff leave to serve requests for admissions as part of jurisdictional discovery. Accordingly, Plaintiff's motion to compel responses to these premature requests for admissions is denied.