IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>   v.<br><br>IBAN GLOBAL LLC<br><br>and<br><br>LIVEFREE EMERGENCY RESPONSE, INC. D/B/A LIFEBEACON<br><br>                    Defendants. | Case No. 24-4212<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER GRANTING]**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

      AND NOW, this _____ day of _____, 202\_\_\_, upon consideration of the Plaintiff's Unopposed Motion for Extension of Time to oppose the Defendant's Motion, it is ORDERED that the motion is GRANTED. Plaintiff shall have until July 14, 2025 in order to oppose Defendant's Motion to Dismiss (ECF No. 17).


                                                    _____

                                                                                           J.