IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br>　*Plaintiff*,<br><br>v.<br><br>IBAN GLOBAL LLC, and LIVEFREE EMERGENCY RESPONSE, INC. D/B/A LIFEBEACON<br>　*Defendants*. | Civil No. 24-4212 |

## ORDER

**AND NOW**, this 30th day of June, 2025, upon consideration of Plaintiff's Unopposed Motion for Extension of Time (ECF No. 22), it is hereby **ORDERED** that the Motion is **GRANTED.** Plaintiff shall have until July 14, 2025 to respond to Defendant's Motion to Dismiss.

BY THE COURT:

_____
MARY KAY COSTELLO, J.