# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>                   Plaintiff,<br>  v.<br><br>IBAN GLOBAL LLC<br><br>and<br><br>LIVEFREE EMERGENCY RESPONSE, INC. D/B/A LIFEBEACON<br><br>                   Defendants. | Case No. 24-4212 |

**[PROPOSED ORDER DENYING]**
**LiveFree Emergency Response, Inc.'s Motion to Dismiss**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that Defendant LiveFree Emergency Response, Inc. d/b/a LifeBeacon's Renewed Motion to Dismiss is hereby DENIED.

*BY THE COURT:*

_____
                                  J.