IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

LEON WEINGRAD, individually and on behalf of all others similarly situated,

    v.

IBAN GLOBAL LLC, and LIVEFREE EMERGENCY RESPONSE, INC. D/B/A LIFEBEACON

:
:
:
:
:
:
:

Case Number: __24-4212__

## ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.  The Clerk is DIRECTED to add **Henry R. Morris**, Esquire as counsel for **Defendant LiveFree Emergency Response, Inc.** . **Henry R. Morris** is DIRECTED to request ECF filing access using their PACER Account[1]

☐ DENIED.

_____
                               , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number _2:24-cv-04212-MKC_

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, <u>MOVANT'S STATEMENT</u>

I, ___Henry R. Morris___ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent _Defendant Livefree Emergency Response, Inc._ . My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A.  *I state that I am currently admitted to practice in the following state jurisdiction(s):*

| Utah State | 10/12/2023 | 19020 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B.  *I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| Utah District | 04/29/2024 | 19020 |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C.  *I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for* Defendant Livefree Emergency Response, Inc.

*Name of Attorney:* Henry R. Morris

*Firm Address:* 60 E. South Temple Street., Suite 1200 Salt Lake City, Utah 84111

*Telephone Number:* 801-401-8625

*Email Address:* hmorris@buchalter.com

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on __04/23/2026__
*(Date)*

_____
*(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

       The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __**Henry R. Morris**_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| **Stephen G. Harvey** | **/s/ Stephen G. Harvey** | **11/22/1995** | **PA # 58233** |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

**Steve Harvey Law LLC, 1880 JFK Blvd., Suite 1715, Philadelphia, PA 19103**

**steve@steveharveylaw.com**

**215-438-6600**

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* __**4/28/2026**_____       _____**/s/ Stephen G. Harvey**_____
         *(Date)*                              *(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

LEON WEINGRAD, individually and on behalf of all
others similarly situated,

                        :

                        :

                        :

         v.                 :

IBAN GLOBAL LLC, and LIVEFREE
EMERGENCY RESPONSE, INC. D/B/A
LIFEBEACON

                        :

                        :

Case Number: **24-4212**

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of **Henry R. Morris** ,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

order, which, if granted, would permit such practice in this court was served on as follows:

 **/s/ Stephen G. Harvey**
(Signature of Attorney)

 **Stephen G. Harvey**
(Name of Attorney)

 **Defendant LiveFree Emerg. Response, Inc.**
(Name of Moving Party)

 **4/28/2026**
(Date)