IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

LEON WEINGRAD, individually and on behalf of all
others similarly situated,                          :                Case Number:  **24-4212**
                                                    :
                                                    :
                                                    :
        v.                                          :
                                                    :
IBAN GLOBAL LLC, and LIVEFREE                       :
EMERGENCY RESPONSE, INC. D/B/A                      :
LIFEBEACON

ORDER

AND NOW, this __4th__ day of __May__ 2026 , it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil

83.5.2(b) is    Procedure


[X]    GRANTED.  The Clerk is DIRECTED to add __**Henry R. Morris**__ , Esquire as counsel for

__**Defendant LiveFree Emergency Response, Inc.**__ . **Henry R. Morris** is DIRECTED to request ECF filing access

using their PACER Account[1]

[ ]    DENIED.

_____
                MARY KAY COSTELLO, J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).