## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEON WEINGRAD, individually and on behalf of all others similarly situated,** *Plaintiffs,* <br><br> v. <br><br> **IBAN GLOBAL LLC and LIVEFREE EMERGENCY RESPONSE, INC. d/b/a LIFEBEACON,** *Defendants.* | **Civil No. 24-4212** |

### SCHEDULING ORDER

**AND NOW**, this 21st day of May, 2026, following a preliminary pretrial conference pursuant to Federal Rule of Civil Procedure 16, it is **ORDERED** as follows:

1.    All motions to amend the Complaint and to join or add additional parties shall be filed within 30 days of the date of this Order.

2.    In the event all parties agree and so inform the Court, the Court will refer this case to the Honorable José R. Arteaga, United States Magistrate Judge, for a settlement conference.

3.    Motions for class certification and any supporting expert reports shall be filed no later than December 17, 2026.

4.    Responses to motions for class certification and any supporting expert reports shall be filed no later than January 15, 2027.

5.    Replies, if any, shall be filed no later than February 5, 2027.

6.    The Court will hold a hearing on any motions for class certification on February 18, 2027, at 2:00 p.m.

7.    The parties shall complete all discovery by March 5, 2027.

8.      A party intending to offer lay witness opinion testimony must disclose the name of any witness who will offer such an opinion and a summary of each such opinion at the same time expert reports, if any, are exchanged.

9.      Motions for summary judgment shall be filed no later than April 5, 2027. Responses shall be filed no later than April 26, 2027.

10.     The Court refers the parties to its Policies and Procedures regarding the proper form and substance of motions, including page limits.  Any motions that fail to comply with these requirements may be stricken.

11.     A trial readiness conference will be held on June 8, 2027, at 10:00 a.m., in Chambers Room 6614 at the James A. Byrne United States Courthouse located at 601 Market Street, Philadelphia, PA 19106.

**BY THE COURT:**

_____

MARY KAY COSTELLO
United States District Judge